UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CAROLYN CHEYNE,

      Plaintiff,

v.

MICHAEL SNIDER, et al.,

      Defendants.

Case No. :22-cv-12557
Hon. Matthew F. Leitman

| | |
|---|---|
| **Jacob K. Yeater P-72741**<br>**Michael A. Smith P-86218**<br>*Mike Morse Law Firm, PLLC*<br>Attorneys for Plaintiff<br>24901 Northwestern Highway, Suite 700<br>Southfield, MI  48075-1816<br>(248) 350-9050; Fax:  248-671-5114<br>jake@855mikewins.com<br>tgreen@855mikewins.com | **Kassem M. Daklalah P-70842**<br>*Hammoud, Dakhlallah & Associatess, PLLC*<br>Attorneys for Defendant Libani<br>6050 Greenfield Road, Suite 201<br>Dearborn, MI  48126<br>(313) 551-3038; Fax: (313) 551-3036<br>kd@hdalawgroup.com<br>mn@hdalawgroup.com<br><br>**Mohammed Abdrabboh P-61989**<br>*Abdrabboh Law, P.C.*<br>Attorneys for Defendant Snider<br>1806 N. Telegraph<br>Dearborn, MI  48128<br>(313) 277-1000<br>mabdrabboh@hotmail.com<br>kalkhalil71@yahoo.com |

## ORDER TO EXTEND SCHEDULING ORDER DATES

This matter having come before the Court by way of Plaintiff's Motion to Adjourn Scheduling Order Dates, the Court hearing oral arguments on the Motion on September 15, 2023, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Adjourn Scheduling Order Dates is granted for the reasons stated on the record by the Court. All remaining Scheduling Order dates shall be extended by ninety (90) days to reflect the following dates:

1. Fact Discovery Cutoff: December 13, 2023

2. Rule 26(a)(2) Proponent Expert Disclosures: January 15, 2024

3. Rule 26(a)(2) Rebuttal Expert Disclosures: February 14, 2024

4. Expert Discovery Cutoff: March 18, 2024

5. Dispositive Motions and Challenges to Experts: April 17, 2024

6. Rule 26(a)(3) Pretrial Disclosures: July 24, 2024

7. Motions in Limine: August 1, 2024

8. Final Pretrial Order: August 26, 2024

9. Final Pretrial Conference: September 9, 2024, at 1:30 p.m.

10. Trial Date: September 24, 2024, at 9:00 a.m.

**IT IS SO ORDERED.**

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 15, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
