UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN CHEYNE,

    Plaintiff,

v.

MICHAEL SNIDER, *et al.*

    Defendants.
_____/

Case No. 22-cv-12557
Hon. Matthew F. Leitman

## ORDER (1) DIRECTING ABDUL AHMAD AND DEFENDANT MICHAEL SNIDER TO PERSONALLY APPEAR FOR MOTION HEARING ON MOTIONS TO WITHDRAW (ECF Nos. 43, 45) AND (2) DIRECTING DEFENDANTS' COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON AHMAD AND SNIDER

Attorney Kassem M. Dakhlallah and his law firm, Hammoud, Dakhlallah, & Associates, PLLC (the "Hammoud Firm"), represent Defendant Libani, LLC in this action.  Libani does business as Jennifer's Café, and its owner is Abdul Ahamad. (*See* Compl. at ¶8, ECF No. 1, PageID.3.)  Attorney Mohammed Abdrabboh and his law firm, Abdrabboh Law, P.C. (the "Abdrabboh Firm"), represent Defendant Michael Snider.

On November 7, 2023, Dakhlallah filed a motion to withdraw as Libani's counsel on behalf of the Hammoud Firm. (*See* Mot., ECF No. 43.)  On December 13, 2023, Abdrabboh filed a motion to withdraw as Snider's counsel on behalf of the Abdrabboh Firm. (*See* Mot., ECF No. 45.)

1

The Court has scheduled a Zoom electronic hearing on both motions to withdraw for Monday, January 29, 2024, at 3:30 p.m. (*See* Notice of Hearing, ECF No. 46.) The Court **ORDERS** Dakhlallah (or another attorney from the Hammoud Firm listed as counsel of record in this action), Abdrabboh, Plaintiff's counsel, Snider, *and* Ahamad to each personally attend the video hearing on the motions to withdraw.

By no later than **December 22, 2023**, Dakhlallah shall serve (1) his motion to withdraw (ECF No. 43), (2) the Notice of Hearing on the motion to withdraw, (3) the Zoom link provided by the Court so that Ahamad can access the Zoom meeting, and (4) this order on Libani and Ahamad by both email (if possible) and First Class Mail at Libani's and Ahamad's last known mailing address(es). In addition, by no later than **December 22, 2023**, Dakhlallah shall file a proof of service on the docket confirming that he has served Libani and Ahamad with the documents identified above.

Likewise, by no later than **December 22, 2023**, Abdrabboh shall serve (1) his motion to withdraw (ECF No. 45), (2) the Notice of Hearing on the motion to withdraw, (3) the Zoom link provided by the Court so that Snider can access the Zoom meeting, and (4) this order on Snider by both email (if possible) and First Class Mail at Snider's last known mailing address.

Finally, by no later than **December 22, 2023**, Abdrabboh shall file a proof of service on the docket confirming that he has served Abdrabboh with the documents identified above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>MATTHEW F. LEITMAN<br>UNITED STATES DISTRICT JUDGE

Dated: December 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>Case Manager<br>(313) 234-5126

3