UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN CHEYNE,

     Plaintiff,                              Case No. 22-cv-12557
                                          Hon. Matthew F. Leitman

v.

MICHAEL SNIDER, *et al.*

     Defendants.

_____/

## ORDER GRANTING DEFENDANT LIBANI, LLC'S REQUEST FOR EXTENSION OF TIME (ECF No. 56)

On January 30, 2024, the Court entered an order (1) allowing prior counsel for Defendant Libani, LLC to withdraw from this action, and (2) ordering Libani LLC to retain new counsel no later than February 28, 2024. (*See* ECF No. 53.) Now before the Court is a request by Libani LLC to extend time to retain new counsel. (*See* ECF No. 56.)

The Court **GRANTS** Libani LLC's request for an extension of time to retain new counsel. Libani LLC shall have new counsel file an Appearance on the docket by not later than **April 3, 2024**. Since Libani, LLC must be represented by counsel in this action, failure to comply with this order could result in entry of a default and/or default judgment.

**IT IS SO ORDERED**.

                               s/Matthew F. Leitman_____
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  March 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126