UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN CHEYNE,

    Plaintiff,

v.

MICHAEL SNIDER, *et al.*

    Defendants.
_____/

Case No. 22-cv-12557
Hon. Matthew F. Leitman

### ORDER GRANTING DEFENDANT MICHAEL SNIDER'S REQUEST FOR EXTENSION OF TIME (ECF No. 59)

On January 30, 2024, the Court entered an order (1) allowing prior counsel for Defendant Michael Snider to withdraw from this action, and (2) ordering Snider, by not later than February 28, 2024, to either retain new counsel or file a written notice that he will represent himself. (*See* ECF No. 53.) Now before the Court is a request by Snider to extend time to retain new counsel. (*See* ECF No. 59.)

The Court **GRANTS** Snider's request for an extension of time to retain new counsel. By no later than **April 3, 2024,** Snider shall either (1) have new counsel file an Appearance on the docket or (2) file a written notice on the docket that he will represent himself.

**IT IS SO ORDERED**.

Dated: March 5, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 5, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126